UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6269**

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2252A(a)(5)(B)

**CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,    )
                            )
vs.                         )
                            )
                            )
RANDY MARK ARANOFF,         )
                            )
              Defendant.    )
_____)



FILED by ___ D.C.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about February 24, 2000, in Broward County, in the Southern District of Florida, the defendant,

**RANDY MARK ARANOFF,**

did knowingly receive and attempt to receive visual depictions, that is, photographs, that had been mailed, shipped and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), the production of which involved the use



of one or more minors engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT II

On or about February 24, 2000, in Broward County, in the Southern District of Florida, the defendant,

**RANDY MARK ARANOFF,**

did knowingly possess and attempt to possess photographs which contained visual depictions that had been mailed, shipped and transported in interstate commerce, and which were produced using materials which had been shipped and transported in interstate commerce by computer, depicting minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), the production of which involved the use of one or more minors engaging in sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### COUNT III

From at least as early as February 24, 2000, in Broward County, in the Southern District of Florida, the defendant,

**RANDY MARK ARANOFF,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had

been transported and shipped in interstate commerce by computer, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2); in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

*Leonard Roth*
FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RANDY MARK ARANOFF | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   I    0 to 5 days    _X_    Petty    ___
   II   6 to 10 days   ___    Minor    ___
   III  11 to 20 days  ___    Misdem.  ___
   IV   21 to 60 days  ___    Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: ____00-4624-SELTZER____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Kathleen Rice* (signature)

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached    REV.6/27/00

## PENALTY SHEET

**Defendant's Name** RANDY MARK ARANOFF        **Case No.** _____

===============================    ==========================================

Count #: 1

RECEIPT OF AND ATTEMPT TO RECEIVE VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(2), (b)(1)

**Max. Penalty:**    15 YEARS' IMPRISONMENT; $250,000 FINE

Count #: 2

POSSESSION OF AND ATTEMPTED POSSESSION OF PHOTOGRAPHS CONTAINING VISUAL DEPICTION OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. § § 2252(a)(4)(B), (b)(2)

**Max. Penalty:**    5 YEARS' IMPRISONMENT; $250,000 FINE

Count #. 3

POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

18 U.S.C. § 2252A(a)(5)(B)

**Max. Penalty:**    5 YEARS' IMPRISONMENT; $250,000 FINE

Count #:

_____

**Max. Penalty:**

Count #:

_____

**Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.