## *United States District Court*

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

RANDY MARK ARANOFF

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6269-CR-ZLOCH**

SEP 1 4 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest ___RANDY MARK ARANOFF___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | ~~Probation~~ **MAGISTRATE JUDGE SELTZER** Violation Petition

charging him or her with (brief description of offense)
RECEIPT AND POSSESSION OF CHILD PORNOGRAPHY AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title _18_ United States Code, Section(s) ___2252(a)(2), (a)(4), (b)(1), (b)(2) and 2252A(a)(5)(B)___

**Clarence Maddox**
Name of Issuing Officer

_[signature]_
Issuing Officer

Bail fixed at $ _150,000 PSB_
not to be incarcerated overnight

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

9/7/00 at Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_ _[signature]_
~~BARRY S. SELTZER~~
by _MAGISTRATE JUDGE_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

