UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA

vs

RANDY MARK ARANOFF

ARRAIGNMENT INFORMATION SHEET

[FILED by _____ D.C. SEP 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM__

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FPD_____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $__150,000 PSB_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __15TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:___[signature]___
   Deputy Clerk

Tape No. __00- 0.50__

cc: Copy for Judge
    U. S. Attorney

4