## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by /s/ SEP 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | RANDY MARK ARANOFF (J) | CASE NO: | 00-6269-CR-ZLOCH |
| AUSA: | KATHLEEN RICE | ATTY: | Jim Smargon |
| AGENT: | | VIOL: | 18:2252A(a)(5)(B) |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 150,000 PERSONAL SURETY |
| BOND HEARING HELD - yes /no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | 150,000 PSB Stip | To be cosigned by: | |

Advised of charges
Sworn for Counsel

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ✓ No unsupervised contact w/children
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10-6 | 11 | LSS | |

DATE 9/15/00    TIME 11:00    FTL/LSS TAPE # 00- 050    Begin: 409    End: 630