## United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

RANDY MARK ARANOFF

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

00-6269

CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest __RANDY MARK ARANOFF__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

MAGISTRATE JUDGE
SELTZER

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
RECEIPT AND POSSESSION OF CHILD PORNOGRAPHY AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title _18_ United States Code, Section(s) __2252(a)(2), (a)(4), (b)(1), (b)(2) and 2252A(a)(5)(B)__

**Clarence Maddox**                                    Court Administrator/Clerk of the Court
Name of Issuing Officer                                 Title of Issuing Officer

_[signature]_                                           9/7/00 at Fort Lauderdale, Florida
Issuing Officer                                         Date and Location

                                                        Lurana S. Snow
Bail fixed at $ _150,000 PSB_                           ~~BARRY S. SELTZER~~
not to be incarcerated overnight                        by _MAGISTRATE JUDGE_
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED<br>9/15/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_Glenn Morgan, ASDUSM_ |
|---|---|---|
| DATE OF ARREST<br>9/15/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest