UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CO-6268-CR-Zloch  DATE 11-6-00

CLERK Carlone Newley   REPORTER Carl Schanzleh

PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA v. Randy Mark Aronoff

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Robert Berube

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn to continue to prepare granted - all time excludable -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

15