RECEIVED & FILED IN OPEN COURT
ON _10 - 6 - 0 0_ AT
_Ft. Lhud_, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH/SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| RANDY MARK ARANOFF, | ) |
| Defendant. | ) |

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Randy Mark Aranoff, was arraigned on the indictment on September 15, 2000. Therefore, the speedy trial clock was triggered on that date.

3. As of November 6, 2000, no motions have been filed which would toll the provisions of the Speedy Trial Act.

Based upon the foregoing, the United States submits that the speedy trial clock is presently



running with fifty-two days of non-excludable time having elapsed. Therefore, trial must commence withing eighteen days, or on or before November 24, 2000.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        KATHLEEN RICE
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 100765
        500 East Broward Blvd, 7th Floor
        Fort Lauderdale, Florida 33394
        Telephone: (954) 356-7255, ext. 3512
        Facsimile: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 6th day of November, 2000, to: Robert Berube, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY