UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH
Magistrate Judge Snow

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

RANDY M. ARANOFF,

      Defendant.

_____/

## <u>MOTION TO CONTINUE TRIAL</u>

The Defendant, Randy M. Aranoff, through counsel, files this Motion to Continue Trial, and states;

The Defendant is charged with "knowingly receiving visual depictions" in violation of U.S.C., § 2256. Defendant Aranoff is undergoing professional counseling at this time. He is presently on bond and would like to conclude the counseling prior to the resolution of this case.

Undersigned counsel has discussed the filing of this Motion to Continue the trial with the Defendant, he has no objection.

Undersigned counsel has been in contact with Assistant United States Attorney Kathleen Rice regarding this case. It is anticipated that the case will be resolved without the necessity of a trial. Assistant United States Attorney Kathleen Rice was not available for comment regarding this Motion.

WHEREFORE, the Defendant, Randy M. Aranoff, through counsel, requests that the trial

of this matter be continued until the end of February, 2001. Absent totally unexpected

developments, the Defendant will not seek further continuance of this case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this $\underline{11}$

day of January, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward

Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube