FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6269-CR-Zloch  DATE 1-12-01
CLERK Carline Newby           REPORTER Carl Scherzleh
PROBATION                     INTERPRETER

UNITED STATES OF AMERICA v. Randy Mark Aranoff

U.S. ATTORNEY Kathleen Rice   DEFT COUNSEL Robert Berube

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted - all time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO          TIME          FOR

MISC

19