UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6269-CR-ZLOCH

FILED by _____ D.C.

MAR 0 6 2001

UNITED STATES OF AMERICA

v.     NOTICE

**RANDY MARK ARANOFF**

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                      COURTROOM A
299 E. BROWARD BLVD.        DATE & TIME:
FT. LAUDERDALE, FL 33301    March 19, 2001 at 9:30 AM

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 6, 2001

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD