UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6269-CR-ZLOCH

**UNITED STATES OF AMERICA**

      **v.**                            **NOTICE**

**RANDY MARK ARANOFF**

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            March 19, 2001 at 11:00 AM

*TIME CHANGED*

**CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 8, 2001

cc:
Kathleen Rice, Esq., AUSA
Robert Berube