UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA

V.  NOTICE

RANDY MARK ARANOFF

---

TYPE OF CASE         CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        March 19, 2001 at 11:30 AM

---

*TIME CHANGED*

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 8, 2001

cc:
Kathleen Rice, Esq., AUSA
Robert Berube

