UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                              NOTICE

RANDY MARK ARANOFF

FILED by _____ D.C.
MAR 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

**TYPE OF CASE**                CRIMINAL

---

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| | |
|---|---|
| **PLACE:** | **COURTROOM A** |
| 299 E. BROWARD BLVD. | **DATE & TIME:** |
| FT. LAUDERDALE, FL 33301 | March 26, 2001 at 10:00 AM |

---

*RESET BY COURT*

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

---

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: March 15, 2001

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD