UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                      NOTICE

RANDY MARK ARANOFF

TYPE OF CASE            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        March 29, 2001 at 9:30 AM

RESET
CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 21, 2001

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq., AFPD

*FILED by ____ D.C.*
*MAR 21 2001*