UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6269-CR-Zloch  DATE 3-29-01
CLERK Carolina Newby  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Randy Mark ARANOFF

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL Robert Berube

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count One

RESULT OF HEARING Deft entered a plea of guilty to Count One

JUDGMENT Court accepted plea & adjudged deft guilty to Count One.

CASE CONTINUED TO 6-22-01  TIME 1:30  FOR Sentencing

MISC Written Plea Agreement

27