UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

RANDY ARANOFF, :

    Defendant. :
_____/

## MOTION TO CONTINUE SENTENCING DATE

Counsel for Defendant Randy Aranoff, files this Motion to Continue the Sentencing Date, and states:

1.    Undersigned counsel is a member of the Law Office Management Section of The Florida Bar. On Friday, June 22, 2001, the section is having a meeting in Orlando, Florida, at the Annual Meeting.

2.    Undersigned counsel is requesting a change in the sentencing date so that he may participate in the Annual Bar Meeting.

3.    If scheduling permits advancing the sentencing, undersigned counsel has no objection. If it is not possible to advance the sentencing, a brief continuance is requested. Defendant Aranoff is on bond and complying with all the terms and conditions of his bond. Defendant Aranoff has no objection to a brief continuance of the sentencing.



4. Assistant United States Attorney Kathleen Rice was not available for comment, she is out of town.

WHEREFORE, undersigned counsel is requesting a brief continuance of the sentencing date so that he may be able to participate in The Florida Bar Annual Meeting.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

                BY: _____
                Robert N. Berube
                Supervisory Assistant
                Federal Public Defender
                Florida Bar No. 304247
                Attorney for Defendant
                1 E. Broward Blvd., Suite 1100
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 8th day of June, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

                _____
                Robert N. Berube

S:\BERUBE\Motions\Gramoff.esent.wpd