UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY ARANOFF,

    Defendant.
_____/

## AMENDED MOTION FOR LEAVE TO CHANGE RESIDENCE

COMES NOW the defendant Randy Aranoff, by and through his undersigned counsel, and files his Motion For Leave To Change Residence, and states as follows:

1. The defendant is currently on Pretrial Release awaiting resolution of this matter.

2. Personal circumstances have made it necessary for the defendant to move from 7748 Grandview Boulevard, Miramar, Florida 33023, to 2310 Garfield Street, #4, Hollywood, Florida 33020. The telephone number is (954) 920-3285.

3. Pretrial Services Officer James Jamros has no objection to this change of address.

4. Assistant United States Attorney Kathleen Rice has no objection to this change of address.

WHEREFORE the defendant prays that the court grant this motion and approve the defendant's change of address.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 20th day of June, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*

Robert N. Berube

S:\BERUBE\MOTIONS\aranoff.acoa