UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

RANDY ARANOFF

    Defendant

ORDER

THIS MATTER is before the Court upon Motion To Continue Sentencing Date (filed June 8, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. Sentencing of the defendant RANDY ARANOFF is hereby reset to July 16, 2001 at 9:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Kathleen Rice, Esq., AUSA
Robert Berube, Esq, AFPD
Probation