

COPY FOR JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY ARANOFF,

    Defendant.

_____/

**ORDER**

GRANTED: ☒    DENIED: ☐
COMMENTS: Granted

U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: 6/25/01

## AMENDED MOTION FOR LEAVE TO CHANGE RESIDENCE

COMES NOW the defendant Randy Aranoff, by and through his undersigned counsel, and files his Motion For Leave To Change Residence, and states as follows:

1. The defendant is currently on Pretrial Release awaiting resolution of this matter.

2. Personal circumstances have made it necessary for the defendant to move from 7748 Grandview Boulevard, Miramar, Florida 33023, to 2310 Garfield Street, #4, Hollywood, Florida 33020. The telephone number is (954) 920-3285.

3. Pretrial Services Officer James Jamros has no objection to this change of address.

4. Assistant United States Attorney Kathleen Rice has no objection to this change of address.