UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6269-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RANDY ARANOFF,

    Defendant.

_____/

### DEFENDANT'S OBJECTIONS TO THE
### PRE-SENTENCE INVESTIGATION REPORT

The Defendant, Randy Aranoff, through counsel, files his Objections to the Pre-Sentence Investigation Report and states.

**Objection No. 1, Page 8, Paragraph 28**

The Defendant objects to the four point enhancement for possession of the "sadistic or masochistic" conduct. Paragraph Nine of the Plea Agreement that was accepted by the Court states that the photograph portrayed "are not applicable to the facts of the instant case". Deleting the four point enhancement will reduce the Total Offense Level from 22 to Level 18, Category 1. The Total Offense Level for category one, Level 18 is 27 to 33 months.

34

WHEREFORE, the Defendant, Randy Aranoff, through counsel, requests that the four point enhancement be deleted from the computation of the Federal Sentencing Guidelines.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 11th day of July, 2001, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and to Frances Weisberg, United States Probation Officer, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301-1865.

*[signature]*

Robert N. Berube