-cr-06269-WJZ  Document 36  Entered on FLSD Docket 07/17/2001  P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6269-CR-Zloch  DATE 7-16-01
CLERK Carlie Newton  REPORTER Carl Schanzle
PROBATION Debra Pratt  INTERPRETER

UNITED STATES OF AMERICA v. Randy Aranoff

U.S. ATTORNEY Kathleen Rice  DEFT COUNSEL Robert Berube

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Court accepts terms in plea agreement. Reduced 4 levels - Ct denies deft's mtn for downward departure - Ct 1 - 27 months custody of BOP. & yes Supervised

JUDGMENT Release - Spec Cands - Participate in mental health program - No unsupervised contact w/ persons under 18. No employment with people under 18 - See JOC for

CASE CONTINUED TO _____ TIME _____ FOR additional conds of Supervision - $100

MISC assessment - FPD appointed for Appeal - Deft is to surrender by Noon 8-28-01 - Ct Recommends Camp facility in Florida capable of treating Psychological problem - Remaining Cts dismissed -

36