Judgment-Page 2 of 8

DEFENDANT: **ARANOFF, RANDY**
CASE NUMBER: **00-6269-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** a camp facility in Florida capable of treating defendant's psychological problems

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At _____ A.m. / p.m. on _____

    [ ] as notified by the United States Marshal.

[X] **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.**

    [X] Before noon on 9/28/01

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant ~~delivered~~ v/s on _9-28-01_ To _FMC_ at _Lexington, Ky_, with a certified copy of this judgment.

Maryellen Thoms, Warden
~~UNITED STATES MARSHAL~~

By _V. Hale, L.T.E._
~~Deputy U.S. Marshal~~

38